IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| FREDDY WAYNE HURLEY | § | |
| v. | § | CIVIL ACTION NO. 6:04cv314 |
| DIRECTOR, TDCJ-CID | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ENTERING FINAL JUDGMENT

The Petitioner Freddy Hurley, proceeding *pro se*, filed this application for the writ of habeas corpus under 28 U.S.C. §2254 complaining of the legality of numerous disciplinary convictions which he has received while incarcerated in the Texas Department of Criminal Justice, Correctional Institutions Division. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges. Hurley alleged that the disciplinary cases which he received were false, that he was denied due process, and that these cases were given to him out of retaliation. The Magistrate Judge. The Respondent was ordered to answer Hurley's petition, to which answer Hurley filed a response, and copies of the state records were provided to the Court.

The Magistrate Judge meticulously reviewed the pleadings and the records, including the hearing tapes, regarding each of the disciplinary cases about which Hurley complained. On April 1, 2005, the Magistrate Judge issued a Report recommending that Hurley's petition be denied. The Magistrate Judge concluded that Hurley had failed to show that he was denied due process in the course of the disciplinary proceedings, that sufficient evidence was offered to sustain the guilty findings, and that Hurley failed to show that the disciplinary cases were given to him out of a retaliatory motive.

1

Hurley filed objections to the Magistrate Judge's Report on April 14, 2005. These objections complain that: the Magistrate Judge did not read his petition liberally; prison disciplinary hearing officers are not permitted simply to rely on the charging officer's credibility and report; he has shown a chronology of events from which retaliation may plausibly be inferred; evidence and witnesses were suppressed at the hearings from which reasonable doubt could have been created as to his guilt; and the prison officials had a "fair opportunity" to address the problem but did not. Hurley also falsely accuses the Magistrate Judge of favoritism toward and "hobnobbing with" prison officials. He asks in his objections that the Court order a jury trial or for the prison officials to "mediate" his petition. None of Hurley's objections contain any merit.

The Court has conducted a careful *de novo* review of the pleadings in this cause, including the original petition, the answer by the Respondent, the Petitioner's response thereto, the state administrative records, the Report of the Magistrate Judge, the Petitioner's objections thereto, and all pleadings, documents, and records in the case. Upon such *de novo* review, the Court has concluded that the Report of the Magistrate Judge is correct and that the Petitioner's objections are without merit. It is accordingly

ORDERED that the Petitioner's objections are overruled and that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled application for the writ of habeas corpus be and hereby is DISMISSED with prejudice. It is further

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

**So ORDERED and SIGNED this 11th day of May, 2005.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**